UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SIWELL, INC. d/b/a/ CAPITAL MORTGAGE SERVICES,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for The First State Bank,<br><br>    Defendant. | No. 5:20-CV-076-H |

**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Before the Court is the parties' Stipulation for Dismissal. Dkt. No. 10. The Court instructs the Clerk of Court to enter this dismissal and terminate the case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), permitting dismissal of an action without a court order. All causes of action are dismissed without prejudice against all parties. Each party shall bear its own costs and attorney's fees.

So ordered on September 1, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE